IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stacy L. Salisbury,<br>　　Plaintiff<br><br>vs.<br><br>Wilfred E. Briesemeister, individually<br>and d/b/a Law Office of Wilfred<br>E. Briesemeister, Brian Shaw, Bill<br>Windsor, and Aaron Gestl,<br>　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:CV 05-2167 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Stacy L. Salisbury, Plaintiff, hereby stipulates to the dismissal with prejudice of the above-entitled and numbered action.

Respectfully submitted,

LIGHTER LAW OFFICES, P.C.

By: _____
Jason M. Rapa, Esq.
PA89419
4654 Hamilton Road
Allentown, PA 18103
(610) 530-9300
Fax: (610) 530-9310

ATTORNEY FOR PLAINTIFF

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice this 5th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE